IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:11-CR-162 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY LEE SIMS, | ) | GOVERNMENT'S POSITION |
| | ) | REGARDING ELIGIBILITY |
| Defendant. | ) | FOR § 3582 REDUCTION |

The United States respectfully informs the Court that it agrees with the Probation Office's recommendation that defendant is not eligible for a sentencing reduction under 18 U.S.C. § 3582(c) including because he expressly waived the right to seek § 3582(c) in exchange for a Rule 11(c)(1)(C) plea agreement (Court's Docket No. 25, ¶ 11.)

United States of America

Nicholas A. Klinefeldt
United States Attorney

By:   */s/ Andrew H. Kahl*
Andrew H. Kahl
Assistant U.S. Attorney
110 E. Court Ave., #286
Des Moines, Iowa 50309
Tel:   (515) 473-9300
FAX: (515) 473-9292
Email: andrew.kahl@usdoj.gov

CERTIFICATE OF SERVICE
    I hereby certify that on October 26, 2015, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.   I hereby certify that a copy of this document was served on the parties or attorneys of record by:
    x   ECF/Electronic filing       X   Other means (U.S. Mail)

UNITED STATES ATTORNEY
By: */s/ Deb DeGraff*
    Paralegal Specialist