AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

United States of America
v.
Anthony Lee Sims

Case No: 4:11-cr-00162-001
USM No: 13186-030

Date of Original Judgment: 10/26/2012
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Joseph D. Herrold
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

United States Sentencing Guidelines Amendment 782

The defendant's Guideline range was determined using the Chapter Four Career Offender provisions, rather than the USSG §2D1.1 provisions, and the defendant was sentenced pursuant to the Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement, whereby he waived any right to seek a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2), in the event the relevant advisory guidelines were made retroactive.

Except as otherwise provided, all provisions of the judgment dated 10/26/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/27/2015

*Judge's signature*

Effective Date: 11/02/2015
*(if different from order date)*

Ronald E. Longstaff, Senior U.S. District Judge
*Printed name and title*